**Order entered January 17, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00673-CV

## IN THE ESTATE OF MARIA ELENA WEBB, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-01506-2**

## ORDER

Before the Court is appellant's January 13, 2023 unopposed motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 30, 2023.

/s/    BILL PEDERSEN, III
        JUSTICE